IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CESAR ROCHA and RALPH JETER, Individually, and on Behalf of All Others Similarly Situated | : : : : | CIVIL ACTION |
| v. | : : | |
| GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES, L.P. | : : | NO. 15-482 |

## ORDER

**AND NOW**, this 1st day of June, 2016, upon consideration of Plaintiffs' "Motion for Order Authorizing Notice to Similarly Situated Persons (Docket No. 23) and all documents filed in connection therewith, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** as follows:

1.  This action is conditionally certified as a collective action pursuant to the Fair Labor Standards Act on behalf of the following Collective:

    All People who worked as inside sales Loan Officers for Defendant, its subsidiaries, or affiliated companies at any time during the maximum limitations period who worked more than 40 hours in any week without receiving all overtime compensation required by federal law or wages over the required minimum level for every hour worked.

2.  The parties shall meet and confer regarding the notice to be sent to the potential members of the Collective and the procedures to be used for distributing that notice. The parties shall notify the Court, in writing, of the results of their conference on or before June 15, 2016.

BY THE COURT:

/s/ John R. Padova

_____

John R. Padova, J.